UNITED STATES
DISTRICT COURT
DISTRICT OF MASSACHSETTS

FILED
IN CLERKS OFFICE

2024 OCT -7 PM 1: 31

DISTRICT COURT
DISTRICT OF MASS.

George Kersey

       Plaintiff

v.

Donald Trump
    and
Republican National
   Committee

    Defendants

Jury Trial
Requested

## COMPLAINT

1. Donald Trump, a convicted criminal has taken over the Republican Party

2. Trump has a long record of criminal activity and an admirer of the notorious Chicago Mobster Al Capone

3. Under Trump's control the Republican Party will engage in criminal activities and Unconstitutional Activities

4. As a convicted criminal need to be sent to jail where can no longe control the Republican Party The Republican Party needs to select a replacement for Trump and the Court should so order

Respectfully,

George Kersey, Pro Se

George Kersey

604 Newton Street
Chestnut Hill, MA 02467
(510) 966-9690